**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 22, 2020.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 16-51485 |
| Rodriguez, Elsa | * | |
| | * | |
| Debtor | * | CHAPTER 13 PROCEEDING |

### AGREED ORDER GRANTING DEBTOR'S MOTION TO VACATE ORDER (DOCKET NO. 52)

Elsa Rodriguez (Movant) and U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust (Respondent) have reached an agreement with regard to vacating the Agreed Order Modifying Automatic Stay and Co-Debtor Stay (Docket No. 52). The parties have agreed to resolve the issues with a new order to allow for updated payments. The parties further have reached an agreement on the terms of a new order regarding Respondent's Motion to Lift Stay, which shall be filed separately. The Court, having considered the Motion to Vacate Order, any and all responses thereto, and the agreement of counsel, is of the opinion that the following Agreed Order to Vacate Order should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The Agreed Order Modifying Automatic Stay and Co-Debtor Stay (Docket No. 52) entered in this cause on May 5, 2020 be, and the same is, hereby vacated.

2. A new Agreed Order Modifying Automatic Stay and Co-Debtor Stay shall be submitted within 14 days from the date of this order.

### ###

APPROVED AS TO FORM AND SUBSTANCE:

Lewis Buttles
342 W. Woodlawn, Ste. 103
San Antonio, Texas 78212
(210) 738-8881
(210) 738-8882 FAX
lewisbuttleslaw@hotmail.com
Attorney for Movant

Richard E. Anderson
4920 Westport Drive
The Colony, Texas 75056
(214) 297-1545, Ext. 207
(214) 276-1546 FAX
Attorney for Respondent